IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES C. MALEC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:09-CV-285-WMA-TMP |
| ) | |
| COMMISSIONER RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 25, 2010, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. (Doc. #30)  The plaintiff filed objections to the report and recommendation on February 10, 2010. (Doc.#32)

The case the plaintiff brought in this court concerned his allegations that the defendants failed to protect him from the assault by a fellow inmate who had never threatened him and with whom he had never had any prior contact.  The plaintiff has not presented any evidence to show that the dorm where he was living was understaffed at the time of the incident or that the defendants were deliberately indifferent to his need for protection from the inmate assailant.  Neither his response to the motion for summary judgment nor his objections to the report and recommendation include any evidence to show a genuine dispute of fact on whether the defendants should have taken some other steps to protect plaintiff from an unanticipated attacked by another inmate.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections filed by the plaintiff, the Court is of the opinion

that the plaintiff's objections are due to be and hereby are OVERRULED, and the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED, and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

    DONE this the 26th day of March 2010 .

                                             _____
                                             WILLIAM M. ACKER, JR.
                                             UNITED STATES DISTRICT JUDGE